THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES R. DUNCAN et al., as Trustees under the Will of GEORGE FOWLER, Deceased, Appellants, against MARK GRAVES et al., Constituting the State Tax Commission, Respondents.

Argued March 1, 1940; decided April 9, 1940.

*Israel D. Deyo* for appellants.

*Henry G. Seipp* and *John S. Sheppard* for Vanderpoel Adriance, Jr., as trustee under the will of John S. Adriance, deceased, *amicus curiæ.*

*John J. Bennett, Jr., Attorney-General (Joseph M. Mesnig* of counsel), for respondents.

Orders modified by providing for a refund to appellants of the sum of $451.30, with interest thereon from February 14, 1938, and, as so modified, affirmed, with costs. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.